```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEYSON SILVA and JOSCELYN HALL,

                        Plaintiffs,

            v.

THE CITY OF NEW YORK, KENNETH GREEN, and
JOHN DOE 1-15,

                        Defendants.
-----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 12 2017 ★
BROOKLYN OFFICE

**DECISION & ORDER**
15-CV-6965 (WFK) (ST)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On September 22, 2016, Jeyson Silva and Joscelyn Hall (together, "Plaintiffs") filed a motion for attorney's fees pursuant to 42 U.S.C. §§ 1983 & 1988, ECF Nos. 31-33, which this Court referred to Magistrate Judge Steven L. Tiscione for a Report & Recommendation ("R&R"). The City of New York, Kenneth Greene, and John Does 1 to 15 (collectively, "Defendants") opposed the motion, contesting the amount of the fee award sought. *See* ECF Nos. 34-35. Magistrate Judge Tiscione held a hearing on the motion and subsequently issued his R&R on May 18, 2017. ECF No. 41. Neither party filed timely written objections to the R&R, and thus both parties have waived any objections thereto. *See id.* at 11-12.

After conducting a *de novo* review of the record, the Court hereby ADOPTS in whole the findings and recommendations made by Magistrate Judge Tiscione in his R&R based on the reasoning provided therein. It is therefore ORDERED that Plaintiffs' motion for an award of attorney's fees and costs is GRANTED and Plaintiffs are awarded total attorney's fees and costs of $12,704.50 based on the calculations provided in the R&R.

**SO ORDERED.**

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: July 10, 2017
       Brooklyn, New York